**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02212-LTB

MICAH J. BLACKFEATHER,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Re-judge Dismissed Court Lawsuit . . ." (ECF No. 10) is DENIED.

Dated:  December 19, 2014