**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02212-LTB

MICAH J. BLACKFEATHER,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Repeal Case 1:14-cv-02212-LTB . . ." (ECF No. 12) is GRANTED to the extent Plaintiff is seeking a copy of the "Motion to Initiate Lawsuit . . ." (ECF No. 1) filed in this action on August 7, 2014, and DENIED to the extent Plaintiff may be seeking some other relief. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the "Motion to Initiate Lawsuit . . ." (ECF No. 1) filed in this action on August 7, 2014.

Dated:  January 5, 2015